UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ROBERT TUTLER, | : | Civil No. 03-6142 (RBK) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| N.J. DEPT. OF CORRECTIONS, et al., | : | |
| Defendants. | : | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this   21st   day of   June  , 2005,

ORDERED that Plaintiff's application to proceed in forma pauperis is hereby granted and the Clerk shall file the Complaint without prepayment of the filing fee; and it is further

ORDERED that the Complaint is DISMISSED for failure to state a claim upon which relief may be granted; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall forward a copy of this Order by regular mail to the Attorney General of the State of New Jersey and the warden of Bayside State Prison; and it is further

ORDERED that Plaintiff is assessed a filing fee of $250.00 which shall be deducted from his prison account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b)(1)(A), Plaintiff is assessed an initial partial filing fee equal to 20% of the average monthly deposits to the Plaintiff's prison account for the six month period immediately preceding the filing of the Complaint; when funds exist, the

shall deduct said initial fee from Plaintiff's prison account and forward it to the Clerk; and it is finally

ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $250.00 filing fee is paid, each subsequent month that the amount in Plaintiff's prison account exceeds $10.00, the  shall assess, deduct from the Plaintiff's account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to Plaintiff's prison account, with each payment referencing the docket number of this action.

s/Robert B. Kugler<br>
ROBERT B. KUGLER, U.S.D.J.